Sarah Spinuzzi (Bar No. 305658)
Email: sarah@coastkeeper.org
Lauren Chase (Bar No. 324162)
Email: lauren@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965

*Attorneys for Plaintiff*
ORANGE COUNTY COASTKEEPER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>HIXSON METAL FINISHING, a California corporation; FPC Management LLC, a California limited liability company; Reid Washbon, an individual, as Trustee of the Reid Washbon Trust,<br><br>Defendants. | Civil Case No. 8:22-cv-932-JVS (DFMx)<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

Notice of Tentative Settlement    1    Civil Case No. 8:22-cv-932-JVS (DFMx)

**PLEASE TAKE NOTICE** that the parties have reached a tentative settlement in this proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as "Exhibit A," a copy of which is being sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under Section 135.5 of Title 40 of the Code of Federal Regulations. Plaintiff will provide the Court with the written notice of commencement of the 45-day review period once Plaintiff receives that notice from DOJ. At the end of the 45-day review period, Plaintiff will notify the Court of any objections received from the reviewing agencies and will submit the proposed Consent Decree for consideration and approval by this Court.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated: October 21, 2022                     Respectfully submitted,

                                            ORANGE COUNTY COASTKEEPER

                                             /s/   Lauren Chase
                                            Lauren Chase
                                            Attorney for Plaintiff
                                            Orange County Coastkeeper