# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>HIXSON METAL FINISHING, a California corporation; FPC Management LLC, a California limited liability company; Reid Washbon, an individual, as Trustee of the Reid Washbon Trust,<br><br>Defendants. | Civil Case No. 8:22-cv-00932-JVS (DFMx)<br><br>**FIRST AMENDMENT TO CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq*.)** |

## **FIRST AMENDMENT TO CONSENT DECREE**

The following First Amendment to the Consent Decree (this "Amendment") is entered into by and between Plaintiff Orange County Coastkeeper ("Coastkeeper") and Defendants Hixson Metal Finishing ("Hixson"), FPC Management LLC ("FPC"), and Reid Washbon as Trustee of the Reid Washbon Trust ("Trustee") (collectively, "Defendants"). The entities entering into this Consent Decree Amendment are each an individual "Settling Party" and collectively "Settling Parties."

## **RECITALS**

1  **WHEREAS**, Coastkeeper is a non-profit public benefit corporation organized under the laws of the State of California;

3  **WHEREAS**, Coastkeeper's mission is to promote and restore water resources that are drinkable, fishable, swimmable, and sustainable for present and future generations;

6  **WHEREAS**, Hixson is a metal finishing and non-destructive testing facility servicing the aerospace and defense industries;

8  **WHEREAS**, FPC owns the real property underlying a portion of Hixson's industrial operations conducted at 861 Production Place, Newport Beach, CA 92663;

10 **WHEREAS,** the real property underlying a portion of Hixson's industrial operations conducted at 816 Production Place, Newport Beach, CA 92663 is owned by the Reid Washbon Trust, and Mr. Reid Washbon is the trustee;

13 **WHEREAS**, Defendants own real property and/or operate a metal finishing and testing facility at 816 and 817-861 Production Place, Newport Beach, California 92663 (the "Facility");

16 **WHEREAS**, on or about May 5, 2022, Coastkeeper filed a Complaint alleging Defendants are violating the substantive and procedural requirements of the Clean Water Act, Sections 301(a) and 402. 33 U.S.C. §§ 1311(a), 1342;

19 **WHEREAS**, Defendants denied each of Coastkeeper's claims;

20 **WHEREAS**, the Parties entered into a Consent Decree that was entered by this Court on December 2, 2022;

22 **WHEREAS**, the Consent Decree requires Hixson to implement advanced Best Management Practices ("BMPs") sufficient to treat and/or retain an eighty-fifth (85th) percentile storm at the Facility no later than December 1, 2023 (the "Preferred BMP Deadline") or December 1, 2024 (the "Outside BMP Deadline"); and

26 **WHEREAS**, the Settling Parties have realized a minor mistake in deadlines set forth in the Consent Decree;

**WHEREAS**, the Settling Parties have agreed it is in their mutual interest and in furtherance of the goals of the Clean Water Act to correct the erroneous deadlines by amending particular provisions of the Consent Decree.

## AGREEMENT

NOW THEREFORE, it is hereby stipulated between the Settling Parties that the following amendments to the Consent Decree, attached hereto as Exhibit A, be made:

1. The second sentence of Paragraph 29.1 of the Consent Decree shall be amended and restated to read: "Such payment shall be made by December 1, 2023."
2. The second sentence of Paragraph 31.1 of the Consent Decree shall be amended and restated to read: "The payment shall be made by December 1, 2023 ."
3. All other provisions of the Consent Decree shall remain in full force and effect, unaltered by this amendment.

[Remainder of this page intentionally left blank.]

**IN WITNESS WHEREOF**, the undersigned have executed this Amendment as of the date first set forth below.

APPROVED AS TO CONTENT

Dated: January 10, 2023                By: _____
                                       Garry Brown
                                       Orange County Coastkeeper

Dated: _____, 2023           By: _____
                                       Name: _____
                                       Title: _____

Dated: _____, 2023           By: _____
                                       Name: _____
                                       Title: _____

Dated: _____, 2023           By: _____
                                       Name: _____
                                       Title: _____

APPROVED AS TO FORM

                                       ORANGE COUNTY COASTKEEPER

Dated: January 10, 2023                By: _____
                                       Lauren Chase
                                       Attorney for Plaintiff

                                       STILES POMEROY LLP

Dated: _____, 2023          By: _____
                                               Charles H. Pomeroy
                                               Attorney for Defendants

**IT IS SO ORDERED.**                          UNITED STATES DISTRICT COURT
                                               CENTRAL DISTRICT OF CALIFORNIA


Dated: January 27, 2023                        _____
                                               Honorable James V. Selna