# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HIXSON METAL FINISHING, a California corporation; FPC Management LLC, a California limited liability company; Reid Washbon, an individual, as Trustee of the Reid Washbon Trust,<br><br>　　　　Defendants. | Civil Case No.: 8:22-cv-00932-JVS (DFMx)<br><br>**SECOND AMENDMENT TO CONSENT DECREE  [28]**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq*.)** |

# SECOND AMENDMENT TO CONSENT DECREE

The following Second Amendment to the Consent Decree (this "Second Amendment") is entered into by and among Plaintiff Orange County Coastkeeper ("Coastkeeper") and Defendants Hixson Metal Finishing, FPC Management LLC, and Reid Washbon, Trustee of the Reid Washbon Trust (collectively, "Defendants"). The entities entering into this Second Amendment are each an individual "Settling Party" and collectively the "Settling Parties."

## RECITALS

**A. WHEREAS**, Coastkeeper is a non-profit public benefit corporation organized under the laws of the State of California;

**B. WHEREAS**, Coastkeeper's mission is to protect swimmable, drinkable, fishable water and promote watershed resilience throughout our region;

**C. WHEREAS**, Hixson Metal Finishing is a metal finishing and non-destructive testing facility servicing the aerospace and defense industries;

**D. WHEREAS**, FPC Management LLC owns the real property underlying a portion of Hixson's industrial operations conducted at 861 Production Place, Newport Beach, CA 92663;

**H. WHEREAS**, the real property underlying a portion of Hixson's industrial operations conducted at 816 Production Place, Newport Beach, CA 92663 is owned by the Reid Washbon Trust, and Mr. Reid Washbon is the trustee;

**I. WHEREAS**, Defendants own real property and/or operate a metal finishing and testing facility at 816 and 817-861 Production Place, Newport Beach, California 92663 (the "Facility");

**J. WHEREAS**, Defendants' operations at the Facility result in discharges of pollutants into waters of the United States and are regulated by the Clean Water Act Sections 301(a) and 402. 33 U.S.C. §§ 1311(a), 1342;

**K. WHEREAS**, the Parties entered into a Consent Decree entered by this Court on December 2, 2022;

1    **L. WHEREAS**, the Parties entered into a First Amendment to Consent Decree entered by this Court on January 27, 2023; and

**M. WHEREAS**, the Settling Parties have agreed that modifying the deadline to comply with certain obligations of the Consent Decree is in their mutual interest and in furtherance of the goals of the Clean Water Act.

## AGREEMENT

**NOW THEREFORE**, it is hereby stipulated between the Settling Parties that the following amendments to the Consent Decree, attached hereto as Exhibit A along with the previously executed First Amendment to Consent Decree, be made:

1. The final sentence of Paragraph 12.3 of the Consent Decree shall be amended to read as follows:

"Hixson shall complete construction or installation of the Advanced BMPs in accordance with the BMP Work Plan by no later than December 1, 2023 (the "Preferred BMP Deadline"), April 15, 2024 (the "Extended Preferred BMP Deadline") or December 1, 2024 (the "Outside BMP Deadline")."

2. Paragraph 21 of the Consent Decree shall be amended to read as follows:

"Hixson shall develop and implement BMPs such that contaminants in storm water discharges from the Facility maintain concentrations that are equal to or less than the values set forth in Table 1 below (the "Table 1 Values"). Failure to achieve Table 1 Values shall not be deemed a violation of the Permit or this Consent Decree so long as Hixson continues to make timely and diligent efforts as required by the Permit and herein to further reduce the level of pollutant discharges. Starting in the 2023-2024 reporting year if the Preferred BMP Deadline is met or the 2024-2025 reporting year if the Extended Preferred Deadline or Outside BMP Deadline are met, (i) any Permit NEL exceedance and/or, separately, (ii) any two exceedances of any Table 1 Value at any one Discharge Location or three exceedances of the same Table 1 Value from any combination of discharge locations in the annual monitoring year shall trigger the Action

Plan requirements set forth on Paragraph 22 below."

3. Paragraph 29.1 of the Consent Decree shall be amended and restated in its entirety as follows:

"If Hixson is unable to meet the Extended Preferred BMP Deadline, Hixson will make an additional payment of Five Thousand Dollars ($5,000) to partially defray costs associated with Coastkeeper's monitoring of Hixson's compliance with this Consent Decree. Such payment shall be made by May 1, 2024. Payment shall be delivered via certified mail or overnight delivery to: Orange County Coastkeeper, 3151 Airway Avenue, Suite F-110, Costa Mesa, CA 92626, unless made via wire transfer."

4. Paragraph 31.1 of the Consent Decree shall be amended and restated in its entirety as follows:

"31.1 If Hixson completes the installation or construction of Advanced BMPs after the Preferred BMP Deadline, but before the Extended Preferred BMP Deadline (i.e. between December 1, 2023 and April 15, 2024), Hixson shall pay an additional Seven Thousand and Five Hundred Dollars ($7,500) to the Newport Bay Conservancy to fund environmental project activities that will benefit Southern California waters, including restoration and/or preservation of Newport Bay. The payment shall be made by May 1, 2024. The payment to the Newport Bay Conservancy shall be made as instructed in Paragraph 31 above. Hixson shall provide Coastkeeper with a copy of such payment and copy Coastkeeper and its attorneys on any related correspondence."

5. A new Paragraph 31.2 shall be added to the Consent Decree as follows:

"31.2 If Hixson is unable to meet the Extended Preferred BMP Deadline, Hixson will make an additional payment of Fourteen Thousand and Five Hundred Dollars ($14,500) to the Newport Bay Conservancy to fund environmental project activities that will benefit Southern California waters, including restoration and/or preservation of Newport Bay. The payment shall be made by December 1, 2024. The payment to the Newport Bay Conservancy shall be made as instructed in paragraph 31 above. Hixson

1  shall provide Coastkeeper with a copy of such payment and copy Coastkeeper and its
2  attorneys on any related correspondence."
3              6.  All other provisions of the Consent Decree shall remain in full force
4                  and effect, unaltered by this Second Amendment.

6              [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

1   **IN WITNESS WHEREOF,** the undersigned have executed this Second
2   Amendment as of the date first set forth below.

3
4   APPROVED AS TO CONTENT
5
6   Dated: _____, 2023           By: _____
7                                          Garry Brown
                                           Orange County Coastkeeper
8
9   Dated: November 2, 2023               By: /s/ Douglas C. Greene
10                                         Name: Douglas C. Greene
11                                         Title: President, Hixson Metal Finishing
12
13  Dated: _____, 2023           By: _____
                                           Name: _____
14                                         Title: _____
15
16  Dated: _____, 2023           By: _____
17                                         Name: _____
                                           Title: _____
18
19  APPROVED AS TO FORM
20
                                          ORANGE COUNTY COASTKEEPER
21
22  Dated: _____, 2023           _____
                                          Barry Lee
23                                        Attorney for Plaintiff
24                                        Orange County Coastkeeper
25                                        STILES POMEROY LLP
26
27  Dated: November 2, 2023               By: /s/ Charles H. Pomeroy
                                          Name: Charles H. Pomeroy
28                                        Title: Attorney for Defendants

[PROPOSED] AMENDMENT
TO CONSENT DECREE                        6       CASE NO. 8:22-cv-00932-JVS (DFMx)

**IN WITNESS WHEREOF,** the undersigned have executed this Second Amendment as of the date first set forth below.

APPROVED AS TO CONTENT

Dated: _____, 2023

By: _____
Garry Brown
Orange County Coastkeeper

Dated: _____, 2023

By: _____
Name: _____
Title: _____

Dated: _11-2-_, 2023

By: _[signature]_
Name: ADAM MIKKELSEN
Title: MANAGER, FPC MANAGEMENT LLC

Dated: _____, 2023

By: _____
Name: _____
Title: _____

APPROVED AS TO FORM

ORANGE COUNTY COASTKEEPER

Dated: _____, 2023

_____
Barry Lee
Attorney for Plaintiff
Orange County Coastkeeper

STILES POMEROY LLP

Dated: _____, 2023

By: _____
Name: _____
Title: _____

IN WITNESS WHEREOF, the undersigned have executed this Second Amendment as of the date first set forth below.

APPROVED AS TO CONTENT

Dated: _____, 2023

By: _____
Garry Brown
Orange County Coastkeeper

Dated: _____, 2023

By: _____
Name: _____
Title: _____

Dated: _____, 2023

By: _____
Name: _____
Title: _____

Dated: //-2, 2023

By: _[signature]_
Name: REID WASHBON
Title: OWNER

APPROVED AS TO FORM

ORANGE COUNTY COASTKEEPER

Dated: _____, 2023

_____
Barry Lee
Attorney for Plaintiff
Orange County Coastkeeper

STILES POMEROY LLP

Dated: _____, 2023

By: _____
Name: _____
Title: _____

**IN WITNESS WHEREOF,** the undersigned have executed this Second Amendment as of the date first set forth below.

APPROVED AS TO CONTENT

Dated: November 27, 2023         By: /s/ Garry Brown
                                 Garry Brown
                                 Orange County Coastkeeper

Dated: _____, 2023          By: _____
                                 Name: _____
                                 Title: _____

Dated: _____, 2023          By: _____
                                 Name: _____
                                 Title: _____

Dated: _____, 2023          By: _____
                                 Name: _____
                                 Title: _____

APPROVED AS TO FORM

                                 ORANGE COUNTY COASTKEEPER

Dated: November 27, 2023         /s/ Barry Lee
                                 Barry Lee
                                 Attorney for Plaintiff
                                 Orange County Coastkeeper

                                 STILES POMEROY LLP

Dated: _____, 2023          By: _____
                                 Name: _____
                                 Title: _____

1

2  **IT IS SO ORDERED.**        UNITED STATES DISTRICT COURT
3                              CENTRAL DISTRICT OF CALIFORNIA
4  Dated: December 6, 2023     _____
5                              Honorable James V. Selna