STILESPOMEROY LLP
CHARLES H. POMEROY – State Bar No. 133132
  cpomeroy@stilespomeroy.com
MICHAEL J. STILES – State Bar No. 179214
  mstiles@stilespomeroy.com
595 E. Colorado Blvd., Suite 211
Pasadena, California  91101
Telephone:  (626) 243-5599
Facsimile:   (626) 389-0599

Attorneys for Defendants
HIXSON METAL FINISHING
FPC MANAGEMENT, LLC
REID WASHBON TRUST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br>Plaintiff,<br>v.<br>HIXSON METAL FINISHING, a California corporation; FPC MANAGEMENT, LLC; and REID WASHBON, an individual, as Trustee of the Reid Washbon Trust,<br>Defendants. | CASE NO.  8:22-cv-00932-JVS-DFM<br><br>**NOTICE OF TENTATIVE AMENDMENT TO CONSENT DECREE** |

**PLEASE TAKE NOTICE** that the parties have agreed to a tentative amendment to the Consent Decree previously entered in this proceeding on December 2, 2022 (Dkt. 22) and amended on January 27, 2023 (Dkt. 25) and December 6, 2023 (Dkt. 29). Their agreement is reflected in the Proposed Third Amendment to Consent Decree attached to this notice as "Exhibit A," a copy of which is being sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period

as required under Section 135.5 of Title 40 of the Code of Federal Regulations. At the end of the 45-day review period, Defendant will notify the Court of any objections received from the reviewing agencies and, if none, submit the Proposed Third Amendment to Consent Decree for consideration and approval by this Court.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

DATED:  January 16, 2025

S<small>TILES</small>P<small>OMEROY</small> LLP

By: _____/s/ *Charles H. Pomeroy*_____
CHARLES H. POMEROY
Attorneys for Defendants HIXSON METAL FINISHING, FPC MANAGEMENT, LLC, REID WASHBON TRUST,