# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>HIXSON METAL FINISHING, a California corporation; FPC Management LLC, a California limited liability company; Reid Washbon, an individual, as Trustee of the Reid Washbon Trust,<br><br>Defendants. | Civil Case No.: 8:22-cv-00932-JVS (DFMx)<br><br>**THIRD AMENDMENT TO CONSENT DECREE [33]**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq*.)** |

# THIRD AMENDMENT TO CONSENT DECREE

The following Third Amendment to the Consent Decree (this "Third Amendment") is entered into by and among Plaintiff Orange County Coastkeeper ("Coastkeeper") and Defendants Hixson Metal Finishing, FPC Management LLC, and Reid Washbon, Trustee of the Reid Washbon Trust (collectively, "Defendants"). The entities entering into this Third Amendment are each an individual "Settling Party" and collectively the "Settling Parties."

## RECITALS

**A. WHEREAS**, Coastkeeper is a non-profit public benefit corporation organized under the laws of the State of California;

**B. WHEREAS**, Coastkeeper's mission is to protect swimmable, drinkable, fishable water and promote watershed resilience throughout our region;

**C. WHEREAS**, Hixson Metal Finishing is a metal finishing and non-destructive testing facility servicing the aerospace and defense industries;

**D. WHEREAS**, FPC Management LLC owns the real property underlying a portion of Hixson's industrial operations conducted at 861 Production Place, Newport Beach, CA 92663;

**H. WHEREAS**, the real property underlying a portion of Hixson's industrial operations conducted at 816 Production Place, Newport Beach, CA 92663 is owned by the Reid Washbon Trust, and Mr. Reid Washbon is the trustee;

**I. WHEREAS**, Defendants own real property and/or operate a metal finishing and testing facility at 816 and 817-861 Production Place, Newport Beach, California 92663 (the "Facility");

**J. WHEREAS**, Defendants' operations at the Facility result in discharges of pollutants into waters of the United States and are regulated by the Clean Water Act Sections 301(a) and 402. 33 U.S.C. §§ 1311(a), 1342;

**K. WHEREAS**, the Parties entered into a Consent Decree entered by this Court on December 2, 2022;

**L. WHEREAS**, the Parties entered into a First Amendment to Consent Decree entered by this Court on January 27, 2023;

**M. WHEREAS,** the Parties entered into a Second Amendment to Consent Decree entered by this Count on December 7, 2023;

**N.** WHEREAS, since May 2023 Hixson has diligently sought to obtain permits from local government agencies approving the Advanced BMPs set forth in the Consent Decree in the form of a stormwater treatment system

**O.** WHEREAS final approval and issuance of permits from these agencies has not yet been attained, and

**P. WHEREAS**, the Settling Parties have agreed that modifying the deadline to comply with certain obligations of the Consent Decree is in their mutual interest and in furtherance of the goals of the Clean Water Act.

## AGREEMENT

**NOW THEREFORE**, it is hereby stipulated between the Settling Parties that the following amendments to the Consent Decree, attached hereto as Exhibit A along with the previously executed First Amendment to Consent Decree and Second Amendment to Consent Decree, be made:

1. The final sentence of Paragraph 12.3 of the Consent Decree shall be amended to read as follows:

"Hixson shall complete construction or installation of the Advanced BMPs in accordance with the BMP Work Plan by no later than December 1, 2023 (the "Preferred BMP Deadline"), April 15, 2024 (the "Extended Preferred BMP Deadline") or June 30, 2025 (the "Revised Outside BMP Deadline")."

2. Paragraph 31.2 of the Consent Decree shall be replaced and restated in its entirety as follows:

"31.2 If Hixson is unable to meet the Preferred BMP Deadline, Hixson will make an additional payment of Five Thousand Dollars ($5,000) to the United States Treasury as payment for civil penalties associated with violations of the CWA alleged by

Coastkeeper and to address all subsequent actions taken by Hixson to comply with the terms of this Consent Decree. The payment shall be within thirty days of entry by the Court of this Third Amendment. The payment to the United States Treasury shall be made in accordance with provided payment instructions referencing this Consent Decree. Hixson shall provide Coastkeeper with a copy of such payment and copy Coastkeeper and its attorneys on any related correspondence."

    3. All other provisions of the Consent Decree shall remain in full force and effect, unaltered by this Third Amendment.

IN WITNESS WHEREOF, the undersigned have executed this Third Amendment as of the date first set forth below.

APPROVED AS TO CONTENT

Dated: December 20, 2024

By: *Garry Brown*
Garry Brown
Orange County Coastkeeper

Dated: 12-08, 2024

By: *Douglas C. Greene*
Name: Douglas C. Greene
Title: President, Hixson Metal Finishing

Dated: 1-14-25, 2025

By: *Karambir Bhullar*
Name: Karambir Bhullar, Co-Trustee
Bhullar Trust dtd 10-17-01 as successor to Adam Mikkelsen, Manager
FPC Management LLC

Dated: 12-30, 2024

By: *Reid Washbon*
Name: Reid Washbon
Title: Trustee, Reid Washbon Trust

APPROVED AS TO FORM

Dated: December 20, 2024

ORANGE COUNTY COASTKEEPER

_____
Sarah Spinuzzi
Attorney for Plaintiff
Orange County Coastkeeper

STILES POMEROY LLP

Dated: January 14, 2025

By: _____
Name: Charles H. Pomeroy
Title: Attorney for Defendants

**IT IS SO ORDERED.**

Dated: January 28, 2024

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
Honorable James V. Selna